· 13428.  ARMSTRONG *v.* SOUTHERN RAILWAY COMPANY *et al.*

PER CURIAM.  "Where two or more persons or corporations, acting inde-
pendently, without concert, plan, or other agreement, inflict a damage
or cause an injury to another person, the persons inflicting the damage
are not jointly liable therefor, but each is liable for his proportion only
of the damages; and in such a case a join action against 'then can not be
maintained.   Especially is this true where, as in the instant case, the
damage sued for was not the ordinary and natural result of the pre-
ceding negligence."   *United Cigar Stores Co.* v. *Ga. Ry. &c. Co.*, 27 *Ga.
App.* 198 (2) (107 S. E. 781); *Ga. So. & Fla. Ry. Co.* v. *Corry*, 149 *Ga.*
295, 301 (99 S. E. 881); *Schneider* v. *Augusta*, 118 *Ga.* 610 (45 S. E.
459); *Brooks* v. *Ashburn*, 9 *Ga.* 297 (3); *City of Albany* v. *Brown*, 17
*Ga. App.* 707 (88 S. E. 215); *Key* v. *Armour Fertilizer Works*, 18 *Ga.
App.* 472 (89 S. E. 593).   Thus, a petition brought against three de-
fendants jointly,— a railroad company, the Pullman Company, and
another railroad company,— in which it is alleged that the first two de-
fendants were negligent in permitting the plaintiff to remain in the Pull-
man coach after it had been switched off from the line of the first carrier
to the line of the other carrier, thereby diverting the plaintiff from the
proper route of her destination, and that the conductor of the last-
named carrier treated her "in a rude and ugly manner" in connection
with her leaving the second train, presents a misjoinder of actions, in
that it fails to set forth any acts of concurrent negligence contributing
to the alleged injury.   The plaintiff having refused to amend her peti-
tion in response to the demurrer setting up the misjoinder of actions,
and the amendment actually offered and rejected, even if otherwise ad-
missible, having failed to allege facts such as would show that the
second railroad, in taking over the car at Macon, knew or ought to have
known that the plaintiff was thereby being misrouted, the petition was
properly dismissed.

*Judgment affirmed.   Jenkins, P. J., and Stephens and Bell, JJ., concur.*
DECIDED FEBRUARY 7, 1923.  ·

Action for damages; from city court of Macon — Judge Gunn.
January 21, 1922.

*Robert L. Berner,* for plaintiff.

*Harris, Harris & Witman, J. E. Hall, C. J. Bloch,* for defend-
ants.'